UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAL GERUNDO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL GROUP INC., a California corporation, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-1320 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 27) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss Entire Action with Prejudice (ECF No. 27).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees.  The Clerk of Court will close the file.

　　　**IT IS SO ORDERED.**

Dated:  December 1, 2020

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge